**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**GERALD JAMES CARTER,**

***Plaintiff*,**

**v.** **Case No.: 3:26cv4777-MW/HTC**

**C. NICOLAS, et al.,**

***Defendants*.**

______________________________/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for Plaintiff's failure to truthfully disclose his litigation history." The motion for preliminary injunction, ECF No. 11, is **DENIED as moot.** The Clerk shall close the file.

**SO ORDERED on November 9, 2026.**

**s/Mark E. Walker**
**United States District Judge**